| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Colleen Mary Connors** | Social Security number or ITIN  xxx–xx–8402 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Michigan** | | |
| Case number:  **22–30339–jda** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Colleen Mary Connors

<u>6/21/22</u>

**By the court:** /s/ Joel D. Applebaum
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**                   page 1

22-30339-jda    Doc 21    Filed 06/23/22    Entered 06/24/22 00:29:02    Page 1 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re: Case No. 22-30339-jda
Colleen Mary Connors Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-4      User: admin      Page 1 of 3
Date Rcvd: Jun 21, 2022      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen Mary Connors, P.O. Box 320798, Flint, MI 48532-0014 |
| 27229260 | + | 67-5 District Court, 630 S Saginaw St., Flint, MI 48502-1525 |
| 27229259 | + | Experian, PO Box 4000, Allen, TX 75013-1302 |
| 27229266 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 27229255 | | Office of Child Support, Department of Human Services, 235 S. Grand Ave., PO Box 30478, Lansing, MI 48909-7978 |
| 27264940 | + | PACER, P.O. Box 780549, San Antonio, TX 78278-0549 |
| 27229277 | + | Third Party Withholding Unit, Michigan Department of Treasury, PO Box 30785, Lansing, MI 48909-8285 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FCKCORCORAN.COM | Jun 22 2022 03:28:00 | Collene K. Corcoran, P.O. Box 535, Oxford, MI 48371-0535 |
| 27229261 | + | EDI: BANKAMER.COM | Jun 22 2022 03:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 27229262 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 21 2022 23:27:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 27232277 | + | EDI: AISACG.COM | Jun 22 2022 03:28:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 27229263 | + | EDI: CAPITALONE.COM | Jun 22 2022 03:28:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 27264939 | + | EDI: CAPITALONE.COM | Jun 22 2022 03:28:00 | Capital One/WalMart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 27229264 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2022 23:36:53 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 27229257 | ^ | MEBN | Jun 21 2022 23:25:15 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 27229265 | + | EDI: AMINFOFP.COM | Jun 22 2022 03:28:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 27229267 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 21 2022 23:26:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 27229268 | + | Email/Text: bankruptcy@huntington.com | Jun 21 2022 23:27:00 | Huntington, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 27229253 | + | EDI: IRS.COM | Jun 22 2022 03:28:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 19101-7346 |
| 27229269 | | EDI: JEFFERSONCAP.COM | Jun 22 2022 03:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 27229256 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Jun 21 2022 23:27:00 | Michigan Department of Treasury, PO Box 30199, Lansing, MI 48909-7699 |
| 27229270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2022 23:27:00 | Midland Credit Management, 320 E. Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 27229273 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2022 23:27:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 27229272 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2022 23:27:00 | Midland Funding LLC, c/o E.Smith, A.Perry, S.Pettway, O.Najor, PO Box 2121, Warren, MI 48090-2121 |
| 27229275 | + | EDI: NAVIENTFKASMSERV.COM | Jun 22 2022 03:28:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 27229274 | + | EDI: NAVIENTFKASMSERV.COM | Jun 22 2022 03:28:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 27229276 | | EDI: PRA.COM | Jun 22 2022 03:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 27229643 | + | EDI: RECOVERYCORP.COM | Jun 22 2022 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27229277 | + | Email/Text: marcsbankruptcyunit@michigan.gov | Jun 21 2022 23:27:00 | Third Party Withholding Unit, Michigan Department of Treasury, PO Box 30785, Lansing, MI 48909-8285 |
| 27229258 | ^ | MEBN | Jun 21 2022 23:25:41 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 27229254 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Jun 21 2022 23:26:00 | United States Attorneys Office, Attn: Civil Division, 211 W. Fort St., Suite 2001, Detroit, MI 48226-3220 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 27229271 | *+ | Midland Credit Management, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 23, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Collene K. Corcoran | trusteecorcoran@gmail.com ckc@trustesolutions.net |
| Drew P. Millitello | on behalf of Debtor Colleen Mary Connors drew@detroitlawyers.com ecf@detroitlawyers.com;r40170@notify.bestcase.com;notice@detroitlawyers.com |

TOTAL: 2