# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 22-30339-JDA | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | CONNORS, COLLEEN MARY | Date Filed (f) or Converted (c): | 03/04/2022 (f) |
| For the Period Ending: | 8/15/2022 | §341(a) Meeting Date: | 04/18/2022 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2012 Toyota Scion IQ Mileage: 72,409 Other Information: Location: 1935 Hosler St., Flint MI 48503 Value based on nadaguides.com | $5,875.00 | $0.00 | | $0.00 | FA |
| 2 | Household goods and furnishings Location: 1935 Hosler St., Flint MI 48503 | $275.00 | $0.00 | | $0.00 | FA |
| 3 | Computers, laptops, cell phones, television, tablets, etc. Location: 1935 Hosler St., Flint MI 48503 | $800.00 | $0.00 | | $0.00 | FA |
| 4 | Assorted used wearing apparel Location: 1935 Hosler St., Flint MI 48503 | $550.00 | $0.00 | | $0.00 | FA |
| 5 | Rings, earrings, necklaces, watches, bracelets, etc. Location: 1935 Hosler St., Flint MI 48503 | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Cash on hand | $0.50 | $0.00 | | $0.00 | FA |
| 7 | Checking The Huntington National Bank account ending in 4338 Value is approximate at the time of filing | $110.00 | $0.00 | | $0.00 | FA |
| 8 | Savings The Huntington National Bank account ending in 2053 Value is approximate at the time of filing | $0.10 | $0.00 | | $0.00 | FA |
| 9 | Robinhood account Value based on portfolio value as of 2/28/2022 | $652.04 | $0.00 | | $0.00 | FA |
| 10 | TD Ameritrade account Value based on statement as of 2/28/2022 | $1,067.79 | $0.00 | | $0.00 | FA |
| 11 | 401(k) Target 401(k) Value based on total retirement award as of 10/31/2021 | $996.00 | $0.00 | | $0.00 | FA |
| 12 | IRA Bank of America Traditional IRA Value based on statement as of 9/30/2021 | $173.44 | $0.00 | | $0.00 | FA |
| 13 | 401(k) Meijer 401(k) Retirement Plan - $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 14 | IRA Millienium Trust Company | $1,746.44 | $0.00 | | $0.00 | FA |
| 15 | 2022 prorated anticipated tax refund Federal and State | $500.00 | $0.00 | | $0.00 | FA |

| Case No.: | 22-30339-JDA | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | CONNORS, COLLEEN MARY | | Date Filed (f) or Converted (c): | 03/04/2022 (f) |
| For the Period Ending: | 8/15/2022 | | §341(a) Meeting Date: | 04/18/2022 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Federal and State: 2021 Tax Return | $1,118.00 | $0.00 | | $0.00 | FA |
| 17 | Claim in Flint Water Crisis Case (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | $13,964.31 | $0.00 | | $0.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

08/15/2022    Trustee investigating Flint Water Crisis claim.

**Initial Projected Date Of Final Report (TFR):** 08/15/2024    **Current Projected Date Of Final Report (TFR):** 08/15/2024    /s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN